942

No. 89-5567.  GAROUX v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 89-5570.  MAY v. CHALLENGER COMMUNICATIONS SYSTEMS, INC.  C. A. 6th Cir.  Certiorari denied.

No. 89-5572.  WARMACK v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89-5574.  PICKETT v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 89-5576.  GALA v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.  Certiorari denied.

No. 89-5579.  GALLARDO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89-5581.  OXBORROW v. EIKENBERRY, ATTORNEY GENERAL OF WASHINGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89-5585.  HALL v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 89-5602.  WILLIAMS v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 89-5608.  ABDUL-AKBAR v. WATSON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89-5611.  JURICH v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 89-5613.  LOCKHART v. ROLLING ET AL.  C. A. 11th Cir. Certiorari denied.

No. 89-5619.  HEDLUND v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89-5627.  STRICKLER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89-5631.  GOSHO-KIM v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.